UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK L. LOGAN, | Case No. 26-cv-06861-SK |
| Plaintiff, | |
| v. | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| STORAGE PRO, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Jon S. Tigar to consider whether *Logan v. Storage Pro*, No. 26-cv-06861-SK is related to *Logan v. Pro Storage*, No. 25-cv-10258-JST.

**IT IS SO ORDERED**.

Dated: July 13, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California